UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>      Plaintiff,<br>  v.<br><br>ROBERT A. SPINAZZE, Co-Trustee of the Spinazze Family Trust;<br>GEORGIANNA SPINAZZE, Co-Trustee of the Spinazze Family Trust;<br>GROSVENOR USA LIMITED, a Nevada Limited Company;<br>M.C. ELLENBURG INC., a California Corporation; and Does 1-10,<br><br>      Defendants. | Case: 3:16-CV-01477-RS<br><br>**ORDER** |

**ORDER**

Pursuant to F.R.CIV.P.41(a)(1), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: 7/5/16

_/s/ Richard Seeborg_
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE

1

Joint Stipulation for Dismissal      Case: 3:16-CV-01477-RS